# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ELLA LAVONDA MILLER BROOKINS, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:14-cv-00154-MR |
| vs. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, Defendant. | ) ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 18, 2015 Order.

February 18, 2015

_____
Frank G. Johns, Clerk
United States District Court